UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

R&R BOND GALLERIES, et al.,

    Plaintiffs,

v.                                              CASE NO.: 8:12-cv-2825-T-23MAP

ROBERT ZIEGENFUSS, et al.,

    Defendant.
_____/

**ORDER**

       The plaintiffs, R&R Bond Galleries, Inc., and Rodin International, Inc., sue (Doc. 3) and allege a variety of claims for relief. Represented by Robert Preiss, an "agent" but not an attorney admitted to practice in the Middle District of Florida, the plaintiffs move (Doc. 2) for leave to proceed *in forma pauperis*.

       A January 16, 2013, report (Doc. 3) by Magistrate Judge Pizzo recommends denying the motion and dismissing the complaint because (1) a corporation must appear through legal counsel admitted to practice in the Middle District of Florida and (2) "[t]he *in forma pauperis* statute (28 U.S.C. § 1915) limits its applicability to natural persons." The report and recommendation (Doc. 3) is **ADOPTED**, the complaint (Doc. 1) is **DISMISSED**. The plaintiffs must (1) obtain an attorney who must file a notice of appearance and amend the complaint on or before

**FEBRUARY 15, 2013**. Failure to strictly comply will result in dismissal of this action.

ORDERED in Tampa, Florida, on January 18, 2013.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE